FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

19 OCT -8 PM 1:30

To: Clerk, United States District Court

From: Mark Yarmey

Luther Luckett Correctional Complex
1612 Dawkins Road/P.O. 6
LaGrange, Kentucky 40031

3:19-CV-528-CRS

Date: 10-4, 2019.

RE: **CHANGE OF ADDRESS**

TO WHOM IT MAY CONCERN:

This letter is written so as to inform you of my change of address. All correspondence, court orders, ECT. should be directed and /or forwarded to me at the above address.

Appeal of Kentucky Court of Appeals Case No. 2016-CA-1245

If any correspondence has been returned to you and/or your office, please forward it to me at the above address as soon as possible.

Additionally, please notify me upon receipt of this notice

I thank you in advance for your time and consideration given unto matter.

Sincerely,

Mark Yarmey

Mark Yarmey #234693
LLCC 7A-DL-04
P.O. Box 6
LaGrange, KY. 40031

LOUISVILLE KY 400
07 OCT 2019 PM 1 L



Office of the Clerk
United States District Court, 6Th Cir.
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY. 40202-2249

40202-224999

LEGAL MAIL

FILED
19 OCT -8 PM 1:30

Legal Mail