FILED
[stamp] COURT CLERK
WESTERN DISTRICT OF KY
2012 PM 3:07

UNITED STATES DISTRICT COURT
Western District of Kentucky
Case No: 3:19-cv-00528-CRS-LLK

Mark Yarmey                                              Petitioner

Motion For
Appointment of Counsel
and
Extention of Time

Keven Mazza, Warden                                      Defendant

1) Mark Yarmey is the Petitioner in this Federal Habeas Petion filed in the Western District Court of Kentucky.

2) The Petitioner understands that he has no absolute right to be represented by Counsel on Habeas review. However, appointment of counsel in a civil case is a matter within the discretion of the District Court.

Some of the factors the Court should Consider when making the decision to appoint counsel include the viability of the indigent's claims, the nature and complexity of the case, and the indigent's ability to present the case.

Habeas Corpus is an extraordinary remedy for unusual cases and the appointment of counsel is therefore required if, given the difficulty of the case and the petitioner's ability, the petitioner could not obtain justice without an Attorney, he could not obtain a lawyer on his own, and he would have a reasonable chance of winning with assistance of counsel.

3) Petitioner unquestionably meets the above stated criteria. The claims presented to this Court are viable claims that have definite merit when developed properly.

The extreme complexity and nature of the issues

presented to this Court cannot be adequately developed or presented to this Court by an inmate with only a high school education. At this time the Petitioner has no access to either his trial videos or research material to even attempt to prepare his extremely complex case.

It will be impossible for the Petitioner to obtain justice without a knowledgeable attorney to develope and correctly express the numerous issues contained in his habees petition to the Court.

4) Petitioner is without any means or securities in which to hire a paid attorney. Petitioner has also contacted; The Innocence Project in New York; The Kentucky Department of Public Advocacy in Frankfort, Ky; Kentucky Innocence Project in Frankfort, KY; University of Kentucky Law School in Lexington, Ky; University of Louisville Brandise School of Law in Louisville, Ky; Northwestern University School of Law and others without success.

If this Honorable Court elects to deny this Petitioner's request for Appointment of Counsel and deny him the oppertunity to obtain justice, the Petitioner will have no resources, qualified legal help, or ability to develope and correctly present a coherent Petition to this Court and will be denied his oppertunity to present his case to this Honorable Court and obtain justice.

## Extention of Time

1) Petitioner respectfully requests this Honorable Court to grant him an extention of time.
2) Due to the numerous issues in this case, and the complexity of the issues in this case, the Petitioner humbly requests a 90 day extention of time to ensure an appointed attorney will have adequate time to fully prepare these complex issues.

3) However, should this Honorable Court deny this Petitioner the oppertunity to obtain justice by not appointing him Counsel, the Petitioner will need this additional time to develope something to present to this Court.

Therefore, Petitioner respectfully requests this Honorable Court give him an oppertunity to aquire the justice he deserves and grant him Appointment of Counsel and Extention of time so he may have an oppertunity for justice.

Respectfully submitted

Mark Yarmey #234693, Pro-Se
Luther Luckett Corr. Comp.
P.O. Box 6
LaGrange, KY. 40031

### Notice

Please take notice that the foregoing Motion was filed by mailing the same via first class, postage pre-paid To: Office of the Clerk, United States District Court, 106 Gene Snyder U.S. Courthouse, 601 W. Broadway, Louisville, KY. 40202-2249, on this the 5Th day of November, 2019, to be filed upon receipt and heard at the Courts earliest convenience.

Mark Yarmey #234693

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was mailed via first class, postage pre-paid To: Office of the Attorney General, State Capitol, 700 Capital Ave, Ste 118, Frankfort, KY. 40601, on this the 5Th day of November, 2019.

Mark Yarmey #234693

LLCC
P.O. Box 6
LaGrange, KY. 40031



FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

**19 NOV 12 PM 3:08**

Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY. 40202-2249

**LEGAL MAIL**

Legal Mail