**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

|  |  |  |
|---|---|---|
| **MARK DAMIAN YARMEY** | ) | |
| Plaintiff | ) | No.   3:19-CV-00528-JRW-LLK |
| | ) | |
| vs. | ) | |
| | ) | |
| **WARDEN KEVIN MAZZA** | ) | |
| Defendant | ) | |

**MOTION FOR CJA COUNSEL TO WITHDRAW AND FOR THE COURT TO APPOINT NEW COUNSEL FOR PLAINTIFF**

Comes Armand I. Judah, CJA-appointed counsel for the Plaintiff, Mark Yarmey, and respectfully moves the Court to allow counsel to withdraw from this action. As grounds for this motion, counsel states that, in reviewing the case file, he discovered that one of the detectives in the underlying criminal case was counsel's son, Louisville Metro Police Detective Joshua Judah[1]. Although the undersigned counsel does not believe that this would have any impact on his representation of the Plaintiff and, in fact, the Plaintiff expressed no qualms about having the undersigned represent him after counsel made that disclosure, counsel believes that, in an abundance of caution

---

1 At the time of the investigation, J. Judah was an LMPD detective; he is now LMPD's Assistant Chief.

and to avoid any whiff of impropriety, this Court should allow counsel to withdraw and the Court should appoint new counsel to represent the Plaintiff.

Respectfully submitted,

/s/ Armand I. Judah
Armand I. Judah
Lynch, Cox, Gilman & Goodman PSC
500 W. Jefferson Street, Suite 2100
Louisville, KY 40202
(502) 589-4215

**CERTIFICATE OF SERVICE**

This certifies that a true copy of the foregoing was filed electronically and mailed to Mark Yarmey, Luther Luckett Correctional Complex, P.O. Box 6, LaGrange, KY 40031 on the 12th day of February, 2020.

_/s/ Armand I. Judah__
Armand I. Judah