FILED
JAMES J. VILT, JR. - CLERK

FEB 2 1 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

02/17/2023

FROM: Mark Yarmey
      4012 Mulberry Row Way
      Louisville, KY. 40299

TO:  Clerk of the Court
      601 W. Broadway, Rm 106
      Snyder United States Courthouse
      Louisville, KY 40202

Dear Clerk,

    I am requesting the status of (Civil Action) Case NUMBER: 3:19-CV-02528-JRW-LLK. The attorney in this case, Richard Cooer P.S.C., Last filed: Objections to the Commissioner Recommendation [DN 57] filed on 15 September 2021 was December 2021. When no ruling was forthcoming, he filed a Motion for Ruling on 22 September 2022 {DN 59]. Would you please inform me of the status of this case and please send me a case history for the same.

Respectfully Requested,

Mark Yarmey

*Mark Yarmey*

Mark Yarmey
4012 Mulberry Row Way
Louisville, KY 40299



LOUISVILLE KY 400
17 FEB 2023 PM 2 L

FILED
JAMES J. VILT, JR. - CLERK
FEB 21 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk of the Court
601 W. Broadway, Rm 106
Snyder United States Courthouse
Louisville, KY 40202

40202-222731